B6A (Official Form 6A) (12/07)

In re: **Kevin A Baker**,
Debtor

Case No. **09-22820**
(If known)

# AMENDED - SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **13.397 acres of land owned jointly with debtors 2 sisters. total appraisal $56,000. Debtor's interest $18,666.66** | **Co-Owner** | J | $ 18,666.66 | $ 0.00 |
| **3068 Sykesville Rd. Westminster, MD 21157 *renumbered by county to Nicodemus Rd.** | **Fee Owner** | | $ 80,000.00 | $ 82,399.00 |
| | | Total ➤ | $ 98,666.66 | |

(Report also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re **Kevin A Baker** ,  Case No. **09-22820**
 **Debtor** **(If known)**

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxx1623<br>**Citifinancial**<br>**PO Box 499**<br>**Hanover, MD 21076** | | | **3068 Sykesville Rd.**<br>**Westminster, MD 21157**<br><br>**VALUE $80,000.00** | | | | 82,399.00 | 2,399.00 |
| ACCOUNT NO. xxxx5879<br>**US Dept. of Treasury**<br>**31 Hopkins Plaza**<br>**Baltimore, MD 21201**<br><br>**Timothy Hartigan**<br>**Internal Revenue Service**<br>**201 Thomas Johnson Dr.**<br>**Ste. 203**<br>**Frederick, MD 21702** | | | **13.397 acres of land owned jointly with debtors 2 sisters.**<br>**3068 Sykesville Rd.**<br>**Westminster, MD 21157**<br><br>**Tax lien for periods 1998-2005**<br><br>**VALUE $18,666.66** | | | | 100,129.94 | 85,889.74 |

0   continuation sheets attached

Subtotal ➤
(Total of this page)    $ 182,528.94   $ 88,288.74

Total ➤
(Use only on last page)    $ 182,528.94   $ 88,288.74

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re **Kevin A Baker**                                      Case No. **09-22820**
                    Debtor                                                   (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❏   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❏ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❏ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❏ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❏ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❏ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❏ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❏ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❏ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1** continuation sheets attached

B6E (Official Form 6E) (12/07) – Cont.

In re **Kevin A Baker**, Case No. **09-22820**
Debtor (If known)

# AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Comptroller of the Treasury Compliance, Room 409 301 W. Preston St. Baltimore, MD 21201** | | | **2007 Income Taxes Owed**<br>**Taxes: $3996  Interest: $971** | | | | 4,967.00 | 4,967.00 | $0.00 |
| ACCOUNT NO.<br>**Internal Revenue Service Fallon Federal Bldg. 31 Hopkins Plaza, 1120 Baltimore, MD 21201**<br><br>**Internal Revenue Service PO Box 21126 Central Insolvency Philadelphia, PA 19114** | | | **08/24/2009**<br>**2007 tax period**<br>**Taxes: $9351  Interest: $512.35** | | | | 9,863.35 | 9,863.35 | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals ► (Totals of this page) | $ 14,830.35 | $ 14,830.35 | $ 0.00 |
| Total ► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 14,830.35 | | |
| Total ► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ 14,830.35 | $ 0.00 |

B6F (Official Form 6F) (12/07)

In re  **Kevin A Baker**                          Case No. **09-22820**
                **Debtor**                                       **(If known)**

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxx0685**<br>**Citifinancial**<br>**PO Box 499**<br>**Hanover, MD 21076** | | | **Misc. Consumer Debt** | | | | 2,289.00 |
| ACCOUNT NO.<br>**Comptroller of Maryland**<br>**Compliance Division**<br>**Annapolis, MD 21411** | | | **Taxes & Interest  $28,811.00** | | | | 28,811.00 |
| ACCOUNT NO. **xxxx5077**<br>**Credit Protection Assoc.**<br>**13355 Noel Rd. Ste. 2100**<br>**Dallas, TX 75240** | | | **Misc. Consumer Debt** | | | | 278.00 |
| ACCOUNT NO.<br>**GMAC**<br>**PO Box 7041**<br>**Troy, MI 48007**<br><br>**Gilbert Sussman**<br>**Korn & Sussman**<br>**11820 Parklawn Dr. Ste. 520**<br>**Rockville, MD 20852** | | | **Judgment** | | | | 6,654.36 |

_1_  Continuation sheets attached

Subtotal  ➢  $ **38,032.36**

Total  ➢  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Kevin A Baker**                                   Case No. **09-22820**
         Debtor                                                          (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**IRS**<br>**Fallon Federal Bldg**<br>**31 Hopkins Plaza, 1120**<br>**Baltimore, MD 21201** | | | **Taxes not secured** | | | | 85,889.74 |
| ACCOUNT NO. **xxxx4541**<br>**Wells Fargo Financial**<br>**P.O. Box 30086**<br>**Los Angeles, CA 90030-0086**<br><br>**Zenith Acquisitions**<br>**220 John Glenn Dr. #1**<br>**Amherst, NY 14228** | | | **Misc. Consumer Debt** | | | X | 1.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **85,890.74**

Total ➤ $ **123,923.10**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Kevin A Baker**  Case No. **09-22820**
Debtor (If known)

# AMENDED - DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **3/1/2010**  Signature: **s/ Kevin A Baker**
**Kevin A Baker**
Debtor

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*