UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:

| | | |
|---|---|---|
| KEVIN A. BAKER | * | Case No.: 09-22820 |
| | * | |
| | * | |
| Debtor | * | Chapter 13 |
| | * | |
| | * | Gerard R. Vetter, Trustee |

* * * * * * * * * * *

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of March, 2010, the debtor filed an Amended Schedule A, Schedule D, Schedule E, Schedule F and an Amended Declaration of Schedules and a copy of the foregoing was mailed first class, postage prepaid to the Office of the U.S. Trustee, 101 W. Lombard St. Ste. 2650, Baltimore, Maryland 21201 and sent electronically to Gerard R. Vetter, Chapter 13 Trustee.

/s/Mark F. Scurti
Mark F. Scurti, #09475
HODES, PESSIN & KATZ, P.A.
901 Dulaney Valley Road
Suite 400
Towson, MD 21204
(410) 938-8800
mscurti@hpklegal.com